UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10272-GAO

REVOLUTIONS MEDICAL CORPORATION,
Plaintiff,

v.

GODDARD TECHNOLOGIES, INC.,
Defendant.

ORDER
July 8, 2014

O'TOOLE, D.J.

After careful review of the parties' submissions, I decline to reconsider the denial of the plaintiff's motion to amend the complaint. In moving for reconsideration, the plaintiff offers no new arguments or legal principles that the Court has not already considered.

The Motion (dkt. no. 75) for Reconsideration is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge